## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GREG S. BULMAN, as Personal
Representative of the Estate of
MASTER SERGEANT
ERIC G. BULMAN, Deceased,**

     **Plaintiff(s),**

**v.**                          **CASE NO:  8:03-cv-553-T-30MAP**

**BOMBARDIER, INC., et al.,**

     **Defendants.**

_____/

### ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on  January 19, 2005, regarding the above-styled case.  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)    This case is dismissed.

2)    All pending motions are denied as moot.

3)    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-553.dismissal.wpd*